No. 504. SCHIPANI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jacob P. Lefkowitz* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, Joseph M. Howard* and *John P. Burke* for the United States.

No. 509. DEVERS *v.* CAPITAL INVESTORS CO. ET AL. C. A. 4th Cir. Certiorari denied. *Josiah Lyman* and *Wallace L. Schubert* for petitioner. *Keith L. Seegmiller* for respondent Capital Investors Co., and *Joseph B. Hyman* for respondent Morrison.

No. 510. STEIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Henry Klepak* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *John M. Brant* for the United States.

No. 512. NOEL *v.* INDIANA. Sup. Ct. Ind. Certiorari denied. *J. Frederick Hoffman* for petitioner. *John J. Dillon,* Attorney General of Indiana, and *Douglas B. McFadden,* Deputy Attorney General, for respondent.

No. 515. GULLO *v.* LAMBERT ET AL. C. A. D. C. Cir. Certiorari denied. *Joseph Samuel Gullo* for petitioner.

No. 520. NEWTON ET AL. *v.* SOUTH CAROLINA COUNCIL OF MILK PRODUCERS, INC., ET AL. C. A. 4th Cir. Certiorari denied. *Ernest F. Hollings* for petitioners. *Lynn C. Paulson* and *H. W. C. Furman* for respondents.

No. 524. IZZI *v.* REZZOLLA ET AL. Sup. Ct. Pa. Certiorari denied.